THE CITY OF ELIZABETH

*v.*

SAMUEL G. SOUTHMAYD.

*Mr. Robert E. Chetwood* and *Mr. B. Williamson*, for appellant.

*Mr. Frederick Adams*, for respondent.

N. J. Stone Co. *v.* Vreeland.

On appeal from a decree of the vice-chancellor, reported in *Elizabeth* v. *Southmayd,* 2 *Stew.* 203.

Per Curiam.

This decree unanimously affirmed.